No. 3678.—García Donis, apldo., *v.* Orellanes Rodríguez et al., apltes.—C. D. San Juan, Disto. 2º. Cobro de dinero. Abr. 5, 1926. Vista la moción para desestimar radicada por

la apelada y la moción sometiendo la cuestión de la desestimación radicada por los apelantes, se desestima por abandono la apelación entablada.